IN THE U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA K. JAMES**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MIDLANDS CHOICE, INC. a Nebraska corporation,**<br><br>　　　　Defendant | Case No. 8:13CV159<br><br><br><br>**ORDER OF DISMISSAL WITHOUT PREJDICE** |

Plaintiff filed an unopposed motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (Filing No. 14) In the motion, the parties also agreed dismissal of the instant matter, *James v. Midlands Choice, Inc.,* Case No. 8:13CV159, has no effect on the related case, *United States ex rel. James v. Midlands Choice Inc.,* Case No. 8:13CV69, also pending before this Court.

　　WHEREFORE, the Court orders:

　　1.　This matter should be and is dismissed, without prejudice. Fed. R. Civ. P. 41(a)(1).

　　2.　Each of the parties is to bear its own attorney fees and costs.

　　DATE: August 27, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Batallion
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge